# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>                Plaintiff,<br><br>    vs.<br><br>FRAUENSHUH HOSPITALITY GROUP<br>OF MINNESOTA LLC,<br><br>                Defendant. | 8:18CV141<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Motion to Dismiss, ECF No. 18, filed by Defendant Frauenshuh Hospitality Group of Minnesota LLC. The Motion asks the Court to dismiss the Amended Complaint, ECF No. 13, under Federal Rule of Civil Procedure 12(b)(1) because the case has become moot following Defendant's voluntary remedial measures. In her response to the Motion, Plaintiff Melanie Davis stated she "carefully reviewed the remedial measures performed by Defendant" and agreed that the case is now moot. ECF No. 21. Accordingly,

IT IS ORDERED: The Motion to Dismiss, ECF No. 18, for lack of subject-matter jurisdiction is granted, and this case is dismissed as moot.

Dated this 14th day of September, 2018.

                                              BY THE COURT:

                                              s/Laurie Smith Camp<br>
                                              Chief United States District Judge